WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
jdragon@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate Holders GSC Capital Corp. Mortgage Trust 2006-I, Mortgage Backed Notes, Series 2006-1*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS GSC CAPITAL CORP. MORTGAGE TRUST 2006-1, MORTGAGE BACKED NOTES, SERIES 2006-1,<br><br>Plaintiff,<br><br>vs.<br><br>INVEST VEGAS, LLC, RED ROCK FINANCIAL SERVICES, MERIDIAN PRIVATE RESIDENCES HOMEOWNERS ASSOCIATION; DOES I THROUGH X; ROE Corporations I THROUGH X,<br><br>Defendants, | Case No.: 2:18-cv-00760-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF THE BANK OF NEW YORK MELLON, TO RESPOND TO DEFENDANT MERIDIAN PRIVATE RESIDENCES HOMEOWNERS ASSOCIATION AND DEFENDANT RED ROCK FINANCIAL SERVICES, INC., MOTIONS TO DISMISS [ECF. No.'s 8 and 10]** |

**COMES NOW**, Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate Holders GSC Capital Corp. Mortgage Trust 2006-I, Mortgage Backed Notes, Series 2006-1 (hereinafter "BONY" or "Plaintiff"), by and through its attorneys of record, R. Samuel Ehlers, Esq. and Joseph A. Dragon, Esq., of the law firm of WRIGHT, FINLAY & ZAK, LLP; Defendant Meridian Private Residences Homeowners Association (hereinafter "Defendant", "Meridian" or "HOA"), by and through their attorney of record, Peter E. Dunkley, Esq., of the Law Firm of Lipson Neilson P.C.; and Defendant Red Rock Financial Services, Inc., (hereinafter "Defendant", "Red Rock" or "HOA Trustee"), by and through its attorney of record, Steven B. Scow, Esq., of the law firm of Koch & Scow, LLC, hereby stipulate as follows:

On June 1, 2018, HOA filed a Motion to Dismiss, or in the alternative, a Motion for Summary Judgment of BONY's Complaint [ECF. No. 8]. On June 4, 2018, HOA Trustee filed a Motion to Dismiss BONY's Complaint [ECF No. 10] (hereinafter "the Motions"). BONY's responses to each of the Parties Motions is due on June 15, 2018 and June 21, 2018, respectfully. The parties hereby agree to extend the deadline for BONY file and serve its responses to the Motions to June 22, 2018. This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

| DATED this 15th day of June, 2018. | DATED this 15th day of June, 2018. |
|---|---|
| **WRIGHT, FINLAY & ZAK, LLP** | **LIPSON NEILSON, P.C.** |
| */s/ Joseph Dragon* _____ <br> R. Samuel Ehlers, Esq. <br> Nevada Bar No. 9313 <br> Joseph A. Dragon, Esq. <br> Nevada Bar No. 13682 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorney for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee* | */s/ Peter E. Dunkley* _____ <br> Peter E. Dunkley, Esq. <br> Nevada Bar No. 11110 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144 <br> *Attorneys for Meridian Private Residences Homeowners Association* |

*for the CertificateHolders GSC Capital Corp. Mortgage Trust 2006-I, Mortgage Backed Notes, Series 2006-1*

DATED this ___ day of June, 2018.

**KOCH & SCOW, LLC**

*/s/ Steven Scow*
David R. Koch, Esq.
Nevada Bar No. 8830
Steven B. Scow, Esq.
Nevada Bar No. 9906
Brody R. Wright, Esq.
Nevada Bar No. 13615
11500 S. Eastern Avenue., Suite 210
Henderson, NV 89052
*Attorneys for Defendant Red Rock Financial Services, LLC*

## ORDER

IT IS HEREBY ORDERED that the BONY shall have until June 21, 2018, to file and serve responses to both the HOA's an Red Rock's Motion to Dismiss.

IT IS SO ORDERED,

Dated: June 15, 2018.

UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:
WRIGHT, FINLAY & ZAK, LLP

*/s/ Joseph A. Drogon*
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the CertificateHolders GSC Capital Corp. Mortgage Trust 2006-I, Mortgage Backed Notes, Series 2006-1*