WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar. No. 12448
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
jdragon@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for The Certificateholders GSC Capital Corp. Mortgage Trust 2006-1, Mortgage Backed Notes, Series 2006-1*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS GSC CAPITAL CORP. MORTGAGE TRUST 2006-1, MORTGAGE BACKED NOTES, SERIES 2006-1,<br><br>Plaintiff,<br><br>vs.<br><br>INVEST VEGAS, LLC; RED ROCK FINANCIAL SERVICES; MERIDIAN PRIVATE RESIDENCE HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-00760-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF, BONY TO RESPOND TO DEFENDANT, MERIDIAN PRIVATE RESIDENCES HOMEOWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT** |

Paintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for The Certificateholders GSC Capital Corp. Mortgage Trust 2006-1, Mortgage Backed Notes, Series 2006-1, (hereinafter "Plaintiff", "BONY", or "Lender"), and Defendant, MERIDIAN PRIVATE

Page 1 of 3

RESIDENCES HOMEOWNERS ASSOCIATION, (hereinafter "HOA") hereby stipulate as follow:

**STIPULATION**

1. HOA filed its Motion for Summary Judgment ("Motion") on March 6, 2019 [EFC No. 30]

2. Current deadline to file the response to the Motion is April 4, 2019.

3. BONY requests additional time to file a response to the Motion and the HOA does not object to the request.

4. Therefore, the parties agree that BONY's response to the Motion is now due on or before **April 10, 2019.**

DATED this 3rd day of April, 2019.              DATED this 3rd day of April, 2019.

WRIGHT, FINLAY & ZAK, LLP                      LIPSON NEILSON, P.C.

*/s/ Joseph A. Dragon, Esq.*                   */s/ Peter E. Dunkley/, Esq.*
Christina V. Miller, Esq.                      Kaleb D. Anderson, Esq.
Nevada Bar No. 12448                           Nevada Bar No. 7582
Joseph A. Dragon, Esq.                         Peter E. Dunkley, Esq.
Nevada Bar No. 13682                           Nevada Bar No. 11110
7785 W. Sahara Ave., Suite 200                 9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89117                            Las Vegas, Nevada 89144
*Attorneys for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for The Certificateholders GSC Capital Corp. Mortgage Trust 2006-1, Mortgage Backed Notes, Series 2006-1*    *Attorneys for Meridian Private Residences Homeowners Association*

**ORDER**

IT IS SO ORDERED.

Dated this 4th day of April, 2019. _____

JUDGE'S SIGNATURE

Submitted by:

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Joseph A. Dragon, Esq.* _____
Christina V. Miller, Esq.
Nevada Bar No. 12448
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for The Certificateholders GSC Capital Corp. Mortgage Trust 2006-1, Mortgage Backed Notes, Series 2006-1*