# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No.: 2:18-cv-00760-APG-GWF |
| Plaintiff | **Order for Proposed Joint Pretrial Report** |
| v. | |
| INVEST VEGAS, LLC, et al., | |
| Defendants | |

Pursuant to the scheduling order (ECF No. 21), the proposed joint pretrial order was due 30 days after a decision on dispositive motions. More than 30 days have passed since I ruled on the parties' dispositive motions (ECF No. 40), but the parties have not filed a proposed joint pretrial order.

IT IS THEREFORE ORDERED that the parties shall file a proposed joint pretrial order on or before August 23, 2019.

DATED this 6th day of August, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE